## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert D. Walker III                              CHAPTER 7
       Elise A. Walker

             Debtor(s)                              BKY. NO. 25-14262 PMM


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


                           Respectfully submitted,


/s/ *Matthew Fissel*
_____
Matthew Fissel
01 Dec 2025, 13:16:12, EST


                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322

Document ID: 5d841ae183684553c03d7e21149e6ab7b7189bc465cff9578249066e4452f9e7