## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert D. Walker III                               CHAPTER 7
       Elise A. Walker

              Debtor(s)                               BKY. NO. 25-14262 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                         /s/ Matthew Fissel
                         Matthew Fissel
                         01 Dec 2025, 13:16:12, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322